IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| WILLIE ELDRIDGE, | : | |
| :--- | :--- | :--- |
| Petitioner, | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-0282-KD-M |
| | : | |
| CHRISTOPHER GORDY, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge dated August 14, 2014 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **15th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**